# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

Yvonne Howard

                Plaintiff (s),

V.

Cigna Life Insurance Company of New York, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 09-04092 JF

Notice is hereby given that, subject to approval by the court, __YVONNE HOWARD__ substitutes
(Party (s) Name)

__Frank N. Darras, DARRAS LAW__, State Bar No. __128904__ as counsel of record in
(Name of New Attorney)

place of __Frank N. Darras, Shernoff Bidart Darras Echeverria LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Darras Law
    Address: 3257 East Guasti Road, Suite 300, Ontario, CA 91761
    Telephone: (909) 390-3770      Facsimile (909) 974-2121
    E-Mail (Optional): frank@darraslaw.com

I consent to the above substitution.
Date: January 28, 2010

YVONNE HOWARD
(Signature of Party (s))

I consent to being substituted.
Date: February 1, 2010

FRANK N. DARRAS
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: February 1, 2010

(Signature of New Attorney)
FRANK N. DARRAS

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/4/10

Judge
HON. JEREMY FOGEL

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com