| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
|  | SHIVANI NANDA (SBN 253891) |
| 2 | WILSON, ELSER, MOSKOWITZ, |
|  |    EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|  | San Francisco, CA 94105 |
| 4 | Telephone:   (415) 433-0990 |
|  | Facsimile:    (415) 434-1370 |
| 5 | Email: sean.nalty@wilsonelser.com |
|  |         shivani.nanda@wilsonelser.com |
| 6 | |
| 7 | Attorneys for Defendants |
|  | CIGNA LIFE INSURANCE COMPANY OF NEW YORK |
|  | and LORAL SPACE & COMMUNICATIONS INC. LONG TERM |
| 8 | DISABILITY PLAN |

1  SEAN P. NALTY (SBN 121253)
   SHIVANI NANDA (SBN 253891)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5  Email: sean.nalty@wilsonelser.com
          shivani.nanda@wilsonelser.com
6
7  Attorneys for Defendants
   CIGNA LIFE INSURANCE COMPANY OF NEW YORK
   and LORAL SPACE & COMMUNICATIONS INC. LONG TERM
8  DISABILITY PLAN

9  FRANK N. DARRAS (SBN 128904)
   BRIAN BORBA (SBN 252689)
10 DARRAS LAW
   3257 E Guasti Rd Ste 300
11 Ontario, CA 91761
   Telephone: (909) 390-3770
12 Facsimile: (909) 974-2121
   Email: fdarras@darraslaw.com
13         bborba@darraslaw.com

14 Attorneys for Plaintiff
   YVONNE HOWARD
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

| | | |
|---|---|---|
| 19 | YVONNE HOWARD, | Case No.: CV09-04092 JF |
| 20 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION** |
| 21 | vs. | |
| 22 | CIGNA LIFE INSURANCE COMPANY OF NEW YORK; CIGNA HEALTH CORPORATION; and LORAL SPACE & COMMUNICATIONS, INC. LONG TERM DISABILITY PLAN, | Judge: Hon. Jeremy Fogel |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

26     Plaintiff Yvonne Howard ("Plaintiff") and defendants Life Insurance Company of North

27 America and Loral Space & Communications, Inc. Long Term Disability Plan ("Defendants"),

28

---

1
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION**
USDC NDCA Case # CV09-04092 JF
542887.1

1  through their attorneys of record, hereby submit this Stipulation to extend the deadline for
2  completing mediation in this matter.

3      WHEREAS, the date to complete mediation is presently scheduled for May 14, 2010;

4      WHEREAS, the parties have engaged in informal settlement discussions, are working
5  diligently to resolve this matter and hope to resolve this matter informally within the next ninety
6  days;

7      IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for
8  completing mediation will be extended to August 13, 2010.

10  Date: May 13, 2010      WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

12  By: /s/ *Sean P. Nalty*
SEAN P. NALTY
13  SHIVANI NANDA
Attorneys for Defendants
14  LIFE INSURANCE COMPANY OF
NORTH AMERICA and LORAL SPACE &
15  COMMUNICATIONS, INC. LONG TERM
DISABILITY PLAN

17  Date: May 13, 2010      DARRAS LAW

19  By: /s/ *Frank Darras*
FRANK DARRAS
20  Attorneys for Plaintiff
YVONNE HOWARD

**ORDER**

    Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for
24  completing mediation will be extended to August 13, 2010.

26  Date: 6/9/10      By: [signature]
HONORABLE JEREMY FOGEL
27  United States District Judge

2
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION**
USDC NDCA Case # CV09-04092 JF
542887.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2010.

/s/ *Shivani Nanda*
SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370