UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVONEE HOWARD,<br><br>         Plaintiff,<br><br>   v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK, et al.,<br><br>         Defendants. | Case No.: 09-CV-04092-LHK<br><br>ORDER RE: NOTICE OF SETTLEMENT<br><br>(re: dockets #26-27) |

On August 3, 2010, the parties filed a notice of settlement and stated that a stipulation of dismissal would be filed within thirty (30) days. The parties have yet to file such a stipulation of dismissal. Accordingly, the parties shall file a stipulation of dismissal by Friday, October 15, 2010. If the parties do not file the stipulation by October 15, 2010, the Court will set a Case Management Conference and will schedule the case through trial.

**IT IS SO ORDERED.**

Dated: September 29, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-04092-LHK
ORDER RE: NOTICE OF SETTLEMENT