1  FRANK N. DARRAS (SBN 128904)
   LISSA A. MARTINEZ (SBN 206994)
2  DARRASLAW
   3257 E. Guasti Road, Suite 300
3  Ontario, CA  91761-1227
   Tel:    (909) 390-3770
4  Fax:   (909) 974-2121
   Email:  fdarras@sbdelaw.com
5          lmartinez@sbdelaw.com

6  Attorneys for Plaintiff
   YVONNE HOWARD
7
   SEAN P. NALTY (SBN 121253)
8  SHIVANI NANDA (SBN 253891)
   WILSON, ELSER, MOSKOWITZ,
9     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
10 San Francisco, CA  94105
   Telephone:   (415) 433-0990
11 Facsimile:   (415) 434-1370
   Email: sean.nalty@wilsonelser.com
12         shivani.nanda@wilsonelser.com

13 Attorneys for Defendants
   CIGNA LIFE INSURANCE COMPANY OF NEW YORK
14 and LORAL SPACE & COMMUNICATIONS INC. LONG TERM
   DISABILITY PLAN

15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18 | YVONNE HOWARD,                              ) Case No.:  09-CV-04092-LHK
                                                 )
19 |         Plaintiff,                          )
                                                 ) **STIPULATION AND [PROPOSED]**
20 |    vs.                                      ) **ORDER FOR DISMISSAL OF ACTION**
                                                 ) **WITH PREJUDICE**
21 | CIGNA LIFE INSURANCE COMPANY OF             )
     NEW YORK; CIGNA HEALTH                      )
22 | CORPORATION; and LORAL SPACE &              )
     COMMUNICATIONS, INC. LONG TERM              )
23 | DISABILITY PLAN,                            )
                                                 )
24 |         Defendants.                         )
                                                 )

25

26

27

28

---

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**
USDC NDCA Case # 09-CV-04092-LHK

Plaintiff, Yvonne Howard, ("Plaintiff") and Defendants, Cigna Life Insurance Company of New York and Loral Space & Communications, Inc. Long Term Disability Plan, (jointly "Defendants"), by and through their respective counsel of record, hereby stipulate that this action should be dismissed with prejudice.

Date: September 29, 2010          DARRASLAW

By: /s/ Frank N. Darras
    FRANK N. DARRAS
    LISSA A. MARTINEZ
    Attorneys for Plaintiff
    YVONNE HOWARD

Date: September 29, 2010          WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
    SEAN P. NALTY
    SHIVANI NANDA
    Attorneys for Defendant
    CIGNA LIFE INSURANCE COMPANY OF NEW YORK and LORAL SPACE & COMMUNICATIONS INC. LONG TERM DISABILITY PLAN

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants and real parties in interest.

IT IS SO ORDERED.

Date: September 30, 2010          By: *Lucy H. Koh*
                                      LUCY H. KOH
                                      United States District Judge